1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   STEPHEN H. TURNER, SB# 89627
2     E-Mail: turner@lbbslaw.com
   LARISSA G. NEFULDA, SB#201903
3     E-Mail: lnefulda@lbbslaw.com
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant ASSET
   MANAGEMENT OUTSOURCING
7  RECOVERIES, INC.

8

9                    UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| | |
|---|---|
| SHARON KRUSCHEN (f/k/a SHARON BENSON), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET MANAGEMENT OUTSOURCING RECOVERIES, INC. a Georgia corporation,<br><br>Defendant. | CASE NO. SACV 12-1658 GW (CWx)<br><br>**Judge:** Hon. George H. Wu<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:    None Set |

        TO THE HONORABLE COURT, TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

        PLEASE TAKE NOTICE that Plaintiff SHARON KRUSCHEN and Defendant ASSET MANAGEMENT OUTSOURCING RECOVERIES, INC. have agreed to settle the above-entitled lawsuit in its entirety.

        The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation Re: Dismissal of the entire action, with prejudice,

within 30 days. The parties request that all hearing dates be taken off-calendar, including the January 3, 2013 Scheduling Conference.

DATED: December 28, 2012      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___/s/ *Larissa G. Nefulda*___
Stephen H. Turner
Larissa G. Nefulda
Attorneys for Defendant ASSET MANAGEMENT OUTSOURCING RECOVERIES, INC.

# FEDERAL COURT PROOF OF SERVICE

Kruschen v. Asset Management - File No. 6234.9154

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 28, 2012, I served the following document(s): **NOTICE OF SETTLEMENT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Eric D. Ridley, Esq.  
Law Offices of Eric Ridley  
567 West Channel Islands Blvd, #210  
Port Hueneme, California 93041  

Tel: (805) 244-5291  
Fax: (888) 953-3884  
Email: ridley.eric@gmail.com  

*Attorney for Plaintiff*  
*SHARON KRUSCHEN*

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on December 28, 2012, at Los Angeles, California.

ROSA E. ROJAS

LEWIS  
BRISBOIS  
BISGAARD  
& SMITH LLP  
ATTORNEYS AT LAW  

4840-7907-0482.1

NOTICE OF SETTLEMENT