*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-1658-GW(CWx) | Date | January 31, 2013 |
|---|---|---|---|
| Title | *Sharon Kruschen v. Asset Management Outsourcing Recoveries, Inc.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None Present                                         None Present

**PROCEEDINGS:**   ORDER TO SHOW CAUSE RE SETTLEMENT

Case is called. Counsel are not present. On January 2, 2013, an Order to Show Cause re Settlement was issued based on the Notice of Settlement filed on December 28, 2012 (Docket No. 14).

An appearance was not made and no response or objection has been filed. Plaintiff is hereby notified that this action is **DISMISSED WITHOUT PREJUDICE.**

:   01

Initials of Preparer   JG